UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                      Plaintiff,                   :      15cr667 (KPF)
                                                              :
         v.                                                   :      ORDER
                                                              :
                                                              :
JOHN SALATINO,                                                :
                                                              :
                      Defendant.                   :
                                                              :
------------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:

     It is hereby ORDERED, the U.S. Marshals are to release the defendant, John Salatino, unless any pending warrants, detainers or other issues are encountered.

     SO ORDERED.

Dated:     March 6, 2019
               New York, New York

                                                     KATHERINE POLK FAILLA
                                                     United States District Judge