UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | S1 15 Cr. 667 (KPF) |
| JOHN SALATINO, | TRANSPORTATION ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

UPON the application of John Salatino, by his counsel, Dominic Saraceno, Esq., pursuant to 18 U.S.C. § 4285, and upon a finding that the interest of justice would be served thereby, it is hereby

ORDERED that the United States Marshals Service shall arrange for the non-custodial roundtrip airline transportation of John Salatino from any appropriate airport in Buffalo, New York, to any appropriate airport in the Southern District of New York, for a violation of supervised release hearing in this case on **February 11, 2020, at 12:00 p.m.**, before the Honorable Katherine Polk Failla, United States District Judge the Southern District of New York, and that the cost of such transportation be paid by the United States Marshals Service out of funds authorized by the Attorney General for such expenses. Such transportation should permit Mr. Salatino to arrive in the Southern District of New York no later than 8:00 a.m. on February 11, 2020, and returning to Buffalo, New York, following the appearance, no earlier than 5:00 p.m. on the same day.

SO ORDERED.

Dated: February 6, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge