UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                     :

UNITED STATES OF AMERICA,         :

                Plaintiff,         :      15cr667 (KPF)

      v.                               :      ORDER

JOHN SALATINO,                    :

              Defendant.       :

------------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:

     It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

     SO ORDERED.

Dated:     February 11, 2020
              New York, New York

                                                                 KATHERINE POLK FAILLA
                                                                United States District Judge