UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOHN L. SALATINO,<br><br>                    Defendant. | 15 Cr. 667-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On April 26, 2020, Defendant John L. Salatino filed a motion, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and § 3624, for an order directing his immediate release from federal custody to home confinement for the remainder of his sentence, or, in the alternative, reducing his sentence to time-served.  (Dkt. #585).  Defendant has exhausted his administrative remedies as required by 18 U.S.C. § 3582(c)(1)(A), as he made a request on the Warden at his facility, on March 27, 2020, and 30 days have now passed.  (*See id.*).  The Government is hereby ORDERED to respond to such motion on or before **May 1, 2020**.

      SO ORDERED.

Dated:   April 27, 2020
            New York, New York

                                                            KATHERINE POLK FAILLA
                                                            United States District Judge