UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOHN L. SALATINO,<br><br>                    Defendant. | 15 Cr. 667-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

WHEREAS, on or about February 11, 2020, the Court entered a criminal judgment (Dkt. #572) in this case ("Judgment"), sentencing Defendant John Salatino to four months of imprisonment in the custody of the Federal Bureau of Prisons ("BOP"), with no term of supervised release to follow;

WHEREAS, on or about April 26, 2020, Mr. Salatino, who is currently incarcerated at the Metropolitan Detention Center ("MDC") in Brooklyn, New York, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking to serve the remainder of his prison sentence under home confinement at his fiancée's residence in the Western District of New York, and the Government does not oppose the motion;

IT IS HEREBY ORDERED that:

1. Mr. Salatino's compassionate release motion is GRANTED.

2. Mr. Salatino's prison sentence is reduced to time served, to be followed by a term of supervised release that will commence immediately upon his release from incarceration and will expire on **June 11, 2020**.

3. Mr. Salatino's term of supervised release will be subject to the mandatory, standard, and special conditions of supervised release set forth

in his written Judgment and Commitment Order, dated November 13, 2017 (Dkt. #436), with the following modifications:

    a.    For the duration of his term of supervised release, Mr. Salatino will be subject to a condition of home confinement, such that he would be confined to his fiancée's residence, located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ (the "Residence"), and would be permitted to leave the Residence only for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by his supervising Probation Officer. Mr. Salatino shall comply with the conditions of the Location Monitoring Program (home detention component) for the duration of his supervised release term. This will involve monitoring via telephone and virtual means. Mr. Salatino shall follow the monitoring procedures and is required to contribute to the cost of services rendered (co-payment).

    b.    Following his release from the MDC, Mr. Salatino must travel directly to the Residence, and may not make additional stops en route;

    c.    Upon arriving at the Residence, Mr. Salatino must self-quarantine for a period of 14 days;

      d.      Mr. Salatino shall contact the United States Probation Office, Western District of New York, at 716-362-5208, within 24 hours of his release from the MDC; and

      e.      The previously-imposed condition of supervised release regarding evaluation and outpatient treatment for mental health conditions is suspended, in light of the brevity of the period of supervised release.

4.      The BOP shall release Mr. Salatino directly from the MDC as soon as he can facilitate transportation to the Residence to serve his term of supervised release, which the Court understands will occur on **Monday, May 4, 2020**, on which date Mr. Salatino's father will pick him up from the MDC in order to transport him to the Residence. The BOP is ordered to release Mr. Salatino to his father's custody on that date.

SO ORDERED.

Dated:  May 1, 2020
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge